NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUISE HAYNES,                      )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D19-4725
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____       )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Marquise Haynes, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SMITH, JJ., Concur.